IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UMAR CLARK,

    Plaintiff,

    v.

WELLS FARGO BANK,

    Defendant.

CIVIL ACTION FILE NO.
1:20-CV-00581-MLB-CMS

**<u>ORDER</u>**

This matter is before the Court on the affidavit and request to proceed *in forma pauperis* ("IFP") filed by plaintiff Umar Clark ("Clark").  (Doc. 1).  Clark, who is proceeding without counsel, seeks the Court's permission to proceed in this action IFP pursuant to 28 U.S.C. § 1915(a).

In reviewing Clark's IFP application and proposed complaint, it became apparent that Clark's application and proposed complaint in this case are substantially similar, if not identical, to those filed in a recent matter, Case No. 1:19-cv-05863-AT-RGV, which remains pending before this Court.  Accordingly, I hereby **ORDER** that Case No. 1:20-CV-581-MLB-CMS be reassigned to U.S. District Judge Amy Totenberg and U.S.

AO 72A
(Rev.8/82)

Magistrate Judge Russell G. Vineyard, as it is a related case and/or re-filing of the application and complaint previously filed in Case No. 1:19-cv-05863-AT-RGV.

**IT IS SO ORDERED**, this 12th day of February, 2020.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE  JUDGE

AO 72A
(Rev.8/82)